BERARDINI v. TOCCI. (Circuit Court of Appeals, Second Circuit. December 9, 1912.) No. 44. Appeal from the District Court of the United States for the Southern District of New York. This cause comes here upon appeal from a decree dismissing a bill for relief against alleged infringement of two

patents. These are No. 889,094, granted May 26, 1908, and No. 889,095, granted May 26, 1908; both to complainant and for a "code message." The District Court held that the patents are not for patentable subject-matter. Judge Hough's opinion will be found in 190 Fed. 329. E. V. Myers, of New York City, for appellant. R. W. Hardie and Fulton McMahon, both of New York City, for appellee. Before LACOMBE, WARD, and NOYES, Circuit Judges.

PER CURIAM. The patent is in reality, as Judge Hough well expressed it, for a system of devising code messages. It is very similar to the system of transacting business in a restaurant which was considered by this court in Hotel Security Co. v. Lorraine, 160 Fed. 469, 87 C. C. A. 451, 24 L. R. A. (N. S.) 665. It seems unnecessary to add anything to the opinion of the District Court. The decree is affirmed, with costs.